# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JOSHUA P. MILLER,

Appellant,

v.

HOLLY BENTLEY,

Appellee.

No. 2D2025-0787
_____

July 1, 2026

Appeal from the Circuit Court for Hillsborough County; Michael Williams, Judge.

Nicole Deese Newlon of Johnson, Newlon & Decort, P.A., Tampa, for Appellant.

Charles A. Carlson and Courtney L. Fernald of Older Lundy Koch & Martino, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

LaROSE, MORRIS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.